**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Helena M. Titus            CHAPTER 13
       Robert J. Titus

                          BKY. NO. 19-17728 AMC

          Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 and index same on the master mailing list.

                                       Respectfully submitted,
                                       **/s/ Rebecca A. Solarz Esquire**
                                       Rebecca A Solarz, Esquire
                                       Kevin G. McDonald, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322