

```
488109

71300                     XXX-XX-1255    10/04/2019
```

| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| 2DIF |  | 60.00 | FWHM | 11.78 | 265.71 |
| REGU | 80.00 | 1,568.00 | FIME | 21.30 | 449.90 |
|  |  |  | FICA | 91.07 | 1,923.78 |
|  |  |  | PAST | 44.99 | 982.30 |
|  |  |  | NLST | 2.00 | 42.00 |
|  |  |  | PUT | 0.88 | 19.51 |
|  |  |  | MILT | 25.65 | 559.97 |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| Met Dental Family | 6.73 | 116.76 |
| PC20 EE/Spouse Grandfathered | 155.75 | 3,113.19 |
| Teachers Insur Annuity Assoc | 89.54 | 1,880.34 |
| Union Dues Custodial | 22.50 | 472.50 |
| Opt Grp Life Employee | 5.68 | 119.28 |
| Opt Grp Life Spouse | 1.99 | 41.79 |

THE QUAKERTOWN NATL BANK    XXXXXXXXXXXXXXXXXXXXXXXXXXXXtzy◆    1,148.14

```
1,628.00    197.67        282.19    1,148.14
34,188.00  4,243.17     5,743.86   24,200.97
```

**Bucks County Community College**
275 Swamp Road
Newtown, PA 18940

10/11/19  488109

1,148.14

Pay Amount - Spelled Out        ONE THOUSAND ONE HUNDRED FORTY-EIGHT AND 14/100*******

PAY       Mr. Robert J. Titus
TO THE    1920 Geryville West
ORDER OF  East Greenville PA 18041-2011

**NON-NEGOTIABLE**
**VIEW ONLY**

489237

71300   XXX-XX-1255   10/18/2019

| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| 2DIF | | 60.00 | FWHM | 11.78 | 277.49 |
| REGU | 80.00 | 1,568.00 | FIME | 21.30 | 471.20 |
| | | | FICA | 91.07 | 2,014.85 |
| | | | PAST | 44.99 | 1,027.29 |
| | | | NLST | 2.00 | 44.00 |
| | | | PUT | 0.88 | 20.39 |
| | | | MILT | 25.65 | 585.62 |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| Met Dental Family | 6.73 | 123.49 |
| PC20 EE/Spouse Grandfathered | 155.75 | 3,268.94 |
| Teachers Insur Annuity Assoc | 89.54 | 1,969.88 |
| Union Dues Custodial | 22.50 | 495.00 |
| Opt Grp Life Employee | 5.68 | 124.96 |
| Opt Grp Life Spouse | 1.99 | 43.78 |

THE QUAKERTOWN NATL BANK   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXZ2n◆   1,148.14

1,628.00   197.67        282.19   1,148.14
35,816.00  4,440.84    6,026.05  25,349.11

**Bucks County Community College**
275 Swamp Road
Newtown, PA 18940

10/25/19   489237

1,148.14

Pay Amount - Spelled Out          ONE THOUSAND ONE HUNDRED FORTY-EIGHT AND 14/100*******

PAY         Mr. Robert J. Titus
TO THE      1920 Geryville West
ORDER OF    East Greenville PA 18041-2011

**NON-NEGOTIABLE**
**VIEW ONLY**



```
491200

71300                    XXX-XX-1255    11/01/2019
```

| TYPE | HOURS | AMOUNT   | CODE | CURRENT | YEAR TO DATE |
|------|-------|----------|------|---------|--------------|
| 2DIF |       | 60.00    | FWHM | 11.78   | 289.27       |
| REGU | 80.00 | 1,568.00 | FIME | 21.30   | 492.50       |
|      |       |          | FICA | 91.07   | 2,105.92     |
|      |       |          | PAST | 44.99   | 1,072.28     |
|      |       |          | NLST | 2.00    | 46.00        |
|      |       |          | PUT  | 0.88    | 21.27        |
|      |       |          | MILT | 25.65   | 611.27       |

| DESCRIPTION                  | CURRENT | YEAR TO DATE |
|------------------------------|---------|--------------|
| Met Dental Family            | 6.73    | 130.22       |
| PC20 EE/Spouse Grandfathered | 155.75  | 3,424.69     |
| Teachers Insur Annuity Assoc | 89.54   | 2,059.42     |
| Union Dues Custodial         | 22.50   | 517.50       |
| Opt Grp Life Employee        | 5.68    | 130.64       |
| Opt Grp Life Spouse          | 1.99    | 45.77        |

THE QUAKERTOWN NATL BANK   XXXXXXXXXXXXXXXXXXXXXXXXXXXX4Lp�     1,148.14

```
1,628.00    197.67          282.19   1,148.14
37,444.00   4,638.51       6,308.24  26,497.25
```

---

**Bucks County Community College**
275 Swamp Road
Newtown, PA 18940

11/08/19   491200

1,148.14

Pay Amount - Spelled Out     ONE THOUSAND ONE HUNDRED FORTY-EIGHT AND 14/100*******

PAY TO THE ORDER OF   Mr. Robert J. Titus
1920 Geryville West
East Greenville PA 18041-2011

**NON-NEGOTIABLE**
**VIEW ONLY**



```
492369
71300                    XXX-XX-1255    11/15/2019
```

| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE |
|------|-------|--------|------|---------|--------------|
| 2DIF |       | 60.00  | FWHM | 11.78   | 301.05       |
| REGU | 80.00 | 1,568.00 | FIME | 21.30 | 513.80       |
|      |       |        | FICA | 91.07   | 2,196.99     |
|      |       |        | PAST | 44.99   | 1,117.27     |
|      |       |        | NLST | 2.00    | 48.00        |
|      |       |        | PUT  | 0.88    | 22.15        |
|      |       |        | MILT | 25.65   | 636.92       |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|-------------|---------|--------------|
| Met Dental Family | 6.73 | 136.95 |
| PC20 EE/Spouse Grandfathered | 155.75 | 3,580.44 |
| Teachers Insur Annuity Assoc | 89.54 | 2,148.96 |
| Union Dues Custodial | 22.50 | 540.00 |
| Opt Grp Life Employee | 5.68 | 136.32 |
| Opt Grp Life Spouse | 1.99 | 47.76 |

THE QUAKERTOWN NATL BANK   XXXXXXXXXXXXXXXXXXXXXXXXXXXXT8B◆    1,148.14

```
1,628.00    197.67        282.19   1,148.14
39,072.00  4,836.18      6,590.43  27,645.39
```

**Bucks County Community College**
275 Swamp Road
Newtown, PA 18940

11/22/19  492369

1,148.14

Pay Amount - Spelled Out      ONE THOUSAND ONE HUNDRED FORTY-EIGHT AND 14/100*******

PAY　　　　Mr. Robert J. Titus
TO THE　　1920 Geryville West
ORDER OF　East Greenville PA 18041-2011

**NON-NEGOTIABLE
VIEW ONLY**

493488

71300  XXX-XX-1255  11/29/2019

| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| 2DIF | | 60.00 | FWHM | 22.90 | 323.95 |
| REGU | 80.00 | 1,568.00 | FIME | 22.91 | 536.71 |
| | | | FICA | 97.97 | 2,294.96 |
| | | | PAST | 48.41 | 1,165.68 |
| | | | NLST | 2.00 | 50.00 |
| | | | PUT | 0.95 | 23.10 |
| | | | MILT | 27.59 | 664.51 |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| Met Dental Family | 6.73 | 143.68 |
| PC20 EE/Spouse Grandfathered | 44.56 | 3,625.00 |
| Teachers Insur Annuity Assoc | 89.54 | 2,238.50 |
| Union Dues Custodial | 22.50 | 562.50 |
| Opt Grp Life Employee | 5.68 | 142.00 |
| Opt Grp Life Spouse | 1.99 | 49.75 |

THE QUAKERTOWN NATL BANK   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXkt1◆   1,234.27

1,628.00  222.73      171.00    1,234.27
40,700.00  5,058.91   6,761.43  28,879.66

---

**Bucks County Community College**
275 Swamp Road
Newtown, PA 18940

12/06/19  493488

1,234.27

Pay Amount - Spelled Out    ONE THOUSAND TWO HUNDRED THIRTY-FOUR AND 27/100*******

PAY       Mr. Robert J. Titus
TO THE    1920 Geryville West
ORDER OF  East Greenville PA 18041-2011

**NON-NEGOTIABLE
VIEW ONLY**