Check Number 900036902

Check Information for HELENA TITUS ✓

#19-17728-AMC

## Check Detail Information

Check Date: 10/04/2019    Gross Wages: 952.00    Payroll Post Quarter: 4
Check Number: 900036902    Net Amount: 710.22    Payroll Post Date: 10/04/2019
Check Type: Regular    Retire Post Date: 10/04/2019
ACA Hours: 80.00

## Taxable Wage Information

|  | Federal | State | FICA | Medicare |
|---|---|---|---|---|
| Gross Wages: | 952.00 | 952.00 | 952.00 | 952.00 |
| Minus Deductions that Decrease Tax: | 78.54 | 0.00 | 0.00 | 0.00 |
| Plus Taxable Benefits: | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxable Gross Wages: | 873.46 | 952.00 | 952.00 | 952.00 |

## Pays Summary

| Description | Rate | Factor/Hours | Amount | Retire Hours | Credit Weeks | Period End |
|---|---|---|---|---|---|---|
| HOURLY | 11.90 | 80.00 | 952.00 | 80.00 | 0 | 09/21/2019 |

## Deductions Summary

|  |  | --Decrease Tax-- | | |
|---|---|---|---|---|
| Description | Amount | Fed | St | F/M |
| ET | 16.66 | | | |
| FED. INCOME TAX | 41.96 | | | |
| FICA - HI | 13.80 | | | |
| FICA - OASDI | 59.02 | | | |
| LST EG | 2.00 | | | |
| PA INCOME TAX | 29.23 | | | |
| PA. UNEMP.TAX | 0.57 | | | |
| RET DEFCON 2.75 | 26.18 | Y | | |
| RETIRE 5.50% | 52.36 | Y | | |
| Total: | 241.78 | | | |

## Benefits Summary

|  |  | ----Taxable---- | | |
|---|---|---|---|---|
| Description | Amount | Fed | St | F/M |
| FICA - HI | 13.80 | | | |
| FICA - OASDI | 59.02 | | | |
| RET DC 2.25% | 21.42 | | | |
| RETIRE W/DC | 305.02 | | | |
| Total: | 399.26 | | | |

## Pays / Deductions / Benefits Details

| Description | Amt/Pct | Factor/Hours | Gross | Credit Weeks | # | Expense Account | Accrual Account | Period End Date | Ret Hrs |
|---|---|---|---|---|---|---|---|---|---|
| HOURLY | 11.9000 | 80.00 | 952.00 | 0 | 1 | 10 E 2620 131 000 10 004 000 000 000 | | 09/21/2019 | 80.00 |
| **Deductions** | | | | | | | | | |
| ET | | | 16.66 | | 1 | | 10 E 5800 230 000 00 000 00 000 000 | | |
| FED. INCOME TAX | | | 41.96 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FICA - HI | | | 13.80 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FICA - OASDI | | | 59.02 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| LST EG | 2.0000 | | 2.00 | | 1 | | 10 L 0470 205 000 00 000 010 000 000 | | |
| PA INCOME TAX | | | 29.23 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| PA UNEMP.TAX | 0.0600% | | 0.57 | | 1 | | 10 L 0470 250 000 00 000 000 000 000 | | |
| RET DEFCON 2.75 | 2.7500% | | 26.18 | | 1 | | 10 L 0462 232 000 00 000 000 000 000 | | |
| RETIRE 5.50% | 5.5000% | | 52.36 | | 1 | | 10 L 0462 231 000 00 000 000 000 000 | | |
| **Benefits** | | | | | | | | | |
| FICA - HI | | | 13.80 | | 1 | 10 E 2620 220 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 | | |
| FICA - OASDI | | | 59.02 | | 1 | 10 E 2620 220 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 | | |
| RET DC 2.25% | 2.2500% | | 21.42 | | 1 | 10 E 2620 232 000 10 004 000 000 000 | 10 L 0462 232 000 00 000 000 000 000 | | |
| RETIRE W/DC | 32.0400% | | 305.02 | | 1 | 10 E 2620 231 000 10 004 000 000 000 | 10 L 0462 231 000 00 000 000 000 000 | | |

Check Number 900036902 - WH EP TB CH - 9957 - 05.19.10.00.05    Page 1 / 1

Check Number 900037322

## Check Information for HELENA TITUS

### Check Detail Information

| | | |
|---|---|---|
| Check Date: 10/18/2019 | Gross Wages: 952.00 | Payroll Post Quarter: 4 |
| Check Number: 900037322 | Net Amount: 710.22 | Payroll Post Date: 10/18/2019 |
| Check Type: Regular | | Retire Post Date: 10/18/2019 |
| ACA Hours: 80.00 | | |

### Taxable Wage Information

| | Federal | State | FICA | Medicare |
|---|---|---|---|---|
| Gross Wages: | 952.00 | 952.00 | 952.00 | 952.00 |
| Minus Deductions that Decrease Tax: | 78.54 | 0.00 | 0.00 | 0.00 |
| Plus Taxable Benefits: | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxable Gross Wages: | 873.46 | 952.00 | 952.00 | 952.00 |

### Pays Summary

| Description | Rate | Factor/Hours | Amount | Retire Hours | Credit Weeks | Period End |
|---|---|---|---|---|---|---|
| HOURLY | 11.90 | 80.00 | 952.00 | 80.00 | 0 | 10/05/2019 |

### Deductions Summary

| Description | Amount | Fed | St | F/M |
|---|---|---|---|---|
| BT | 16.66 | | | |
| FED. INCOME TAX | 41.96 | | | |
| FICA - HI | 13.80 | | | |
| FICA - OASDI | 59.02 | | | |
| LST EG | 2.00 | | | |
| PA INCOME TAX | 29.23 | | | |
| PA. UNEMP.TAX | 0.57 | | | |
| RET DEFCON 2.75 | 26.18 | Y | | |
| RETIRE 5.50% | 52.36 | Y | | |
| Total: | 241.78 | | | |

### Benefits Summary

| Description | Amount | Fed | St | F/M |
|---|---|---|---|---|
| FICA - HI | 13.80 | | | |
| FICA - OASDI | 59.02 | | | |
| RET DC 2.25% | 21.42 | | | |
| RETIRE W/DC | 305.02 | | | |
| Total: | 399.26 | | | |

### Pays / Deductions / Benefits Details

| Description | Amt/Pct | Factor/Hours | Gross | Credit Weeks | # | Expense Account | Accrual Account | Period End Date | Ret Hrs |
|---|---|---|---|---|---|---|---|---|---|
| HOURLY | 11.9000 | 80.00 | 952.00 | 0 | 1 | 10 E 2620 121 000 10 004 000 000 000 | | 10/05/2019 | 80.00 |
| **Deductions** | | | | | | | | | |
| BT | | | 16.66 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FED. INCOME TAX | | | 41.96 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FICA - HI | | | 13.80 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FICA - OASDI | | | 59.02 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| LST EG | 2.0000 | | 2.00 | | 1 | | 10 L 0470 235 000 00 000 000 000 000 | | |
| PA INCOME TAX | | | 29.23 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| PA. UNEMP.TAX | 0.0600% | | 0.57 | | 1 | | 10 L 0470 250 000 00 000 000 000 000 | | |
| RET DEFCON 2.75 | 2.7500% | | 26.18 | | 1 | | 10 L 0462 242 000 00 000 000 000 000 | | |
| RETIRE 5.50% | 5.5000% | | 52.36 | | 1 | | 10 L 0462 231 000 00 000 000 000 000 | | |
| **Benefits** | | | | | | | | | |
| FICA - HI | | | 13.80 | | 1 | 10 E 2620 220 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 | | |
| FICA - OASDI | | | 59.02 | | 1 | 10 E 2620 220 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 | | |
| RET DC 2.25% | 2.2500% | | 21.42 | | 1 | 10 E 2620 232 000 10 004 000 000 000 | 10 L 0462 232 000 00 000 000 000 000 | | |
| RETIRE W/DC | 32.0400% | | 305.02 | | 1 | 10 E 2620 231 000 10 004 000 000 000 | 10 L 0462 231 000 00 000 000 000 000 | | |

Check Number 900037322 - WH EP TB CH - 9957 - 05.19.10.00.05        Page 1 / 1

Check Number 900037756

Check Information for HELENA TITUS

[ Print ]
[ Back ]

## Check Detail Information

Check Date: 11/01/2019  Gross Wages: 952.00  Payroll Post Quarter: 4
Check Number: 900037756  Net Amount: 710.22  Payroll Post Date: 11/01/2019
Check Type: Regular  Retire Post Date: 11/01/2019
ACA Hours: 80.00

## Taxable Wage Information

|  | Federal | State | FICA | Medicare |
|---|---|---|---|---|
| Gross Wages: | 952.00 | 952.00 | 952.00 | 952.00 |
| Minus Deductions that Decrease Tax: | 78.54 | 0.00 | 0.00 | 0.00 |
| Plus Taxable Benefits: | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxable Gross Wages: | 873.46 | 952.00 | 952.00 | 952.00 |

## Pays Summary

| Description | Rate | Factor/Hours | Amount | Retire Hours | Credit Weeks | Period End |
|---|---|---|---|---|---|---|
| HOURLY | 11.90 | 80.00 | 952.00 | 80.00 | 0 | 10/19/2019 |

## Deductions Summary

|  |  | --Decrease Tax-- |  |  |
|---|---|---|---|---|
| Description | Amount | Fed | St | F/M |
| EIT | 16.66 |  |  |  |
| FED. INCOME TAX | 41.96 |  |  |  |
| FICA - HI | 13.80 |  |  |  |
| FICA - OASDI | 59.02 |  |  |  |
| LST EG | 2.00 |  |  |  |
| PA INCOME TAX | 29.23 |  |  |  |
| PA UNEMP TAX | 0.57 |  |  |  |
| RET DEFCON 2.75 | 26.18 | Y |  |  |
| RETIRE 5.50% | 52.36 | Y |  |  |
| Total: | 241.78 |  |  |  |

## Benefits Summary

|  |  | ------Taxable------ |  |  |
|---|---|---|---|---|
| Description | Amount | Fed | St | F/M |
| FICA - HI | 13.80 |  |  |  |
| FICA - OASDI | 59.02 |  |  |  |
| RET DC 2.25% | 21.42 |  |  |  |
| RETIRE W/DC | 305.02 |  |  |  |
| Total: | 399.26 |  |  |  |

## Pays / Deductions / Benefits Details

| Description | Amt/Pct | Factor/Hours | Gross | Credit Weeks | # | Expense Account | Accrual Account | Period End Date | Ret Hrs |
|---|---|---|---|---|---|---|---|---|---|
| HOURLY | 11.9000 | 80.00 | 952.00 | 0 | 1 | 10 E 2620 131 000 10 004 000 000 000 |  | 10/19/2019 | 80.00 |
| **Deductions** |  |  |  |  |  |  |  |  |  |
| EIT |  |  | 16.66 |  | 1 |  | 10 E 5800 230 000 00 000 000 000 000 |  |  |
| FED. INCOME TAX |  |  | 41.96 |  | 1 |  | 10 E 5800 290 000 00 000 000 000 000 |  |  |
| FICA - HI |  |  | 13.80 |  | 1 |  | 10 E 5800 290 000 00 000 000 000 000 |  |  |
| FICA - OASDI |  |  | 59.02 |  | 1 |  | 10 E 5800 290 000 00 000 000 000 000 |  |  |
| LST EG | 2.0000 |  | 2.00 |  | 1 |  | 10 L 0470 205 000 00 000 000 000 000 |  |  |
| PA INCOME TAX |  |  | 29.23 |  | 1 |  | 10 E 5800 290 000 00 000 000 000 000 |  |  |
| PA UNEMP TAX | 0.0600% |  | 0.57 |  | 1 |  | 10 L 0470 250 000 00 000 000 000 000 |  |  |
| RET DEFCON 2.75 | 2.7500% |  | 26.18 |  | 1 |  | 10 L 0462 232 000 00 000 000 000 000 |  |  |
| RETIRE 5.50% | 5.5000% |  | 52.36 |  | 1 |  | 10 L 0462 231 000 00 000 000 000 000 |  |  |
| **Benefits** |  |  |  |  |  |  |  |  |  |
| FICA - HI |  |  | 13.80 |  | 1 | 10 E 2620 220 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 |  |  |
| FICA - OASDI |  |  | 59.02 |  | 1 | 10 E 2620 220 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 |  |  |
| RET DC 2.25% | 2.2500% |  | 21.42 |  | 1 | 10 E 2620 232 000 10 004 000 000 000 | 10 L 0462 232 000 00 000 000 000 000 |  |  |
| RETIRE W/DC | 32.0400% |  | 305.02 |  | 1 | 10 E 2620 231 000 10 004 000 000 000 | 10 L 0462 231 000 00 000 000 000 000 |  |  |

Check Number 900037756 - WH EP TB CH - 9957 - 05.19.10.00.05                                    Page 1 / 1

Check Number 900038192

Check Information for HELENA TITUS

[Print] [Back]

## Check Detail Information

| | | |
|---|---|---|
| Check Date: 11/15/2019 | Gross Wages: 1,041.25 | Payroll Post Quarter: 4 |
| Check Number: 900038192 | Net Amount: 773.65 | Payroll Post Date: 11/15/2019 |
| Check Type: Regular | | Retire Post Date: 11/15/2019 |
| ACA Hours: 85.00 | | |

## Taxable Wage Information

| | Federal | State | FICA | Medicare |
|---|---|---|---|---|
| Gross Wages: | 1,041.25 | 1,041.25 | 1,041.25 | 1,041.25 |
| Minus Deductions that Decrease Tax: | 85.90 | 0.00 | 0.00 | 0.00 |
| Plus Taxable Benefits: | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxable Gross Wages: | 955.35 | 1,041.25 | 1,041.25 | 1,041.25 |

## Pays Summary

| Description | Rate | Factor/Hours | Amount | Retire Hours | Credit Weeks | Period End |
|---|---|---|---|---|---|---|
| HOURLY | 11.90 | 80.00 | 952.00 | 80.00 | 0 | 11/02/2019 |
| OVERTIME | 17.85 | 5.00 | 89.25 | 5.00 | 0 | 11/02/2019 |
| | | Total: | 1,041.25 | 85.00 | 0.00 | |

## Deductions Summary

| | | --Decrease Tax-- | | |
|---|---|---|---|---|
| Description | Amount | Fed | St | F/M |
| BT | 18.22 | | | |
| FED. INCOME TAX | 49.23 | | | |
| FICA - HI | 15.10 | | | |
| FICA - OASDI | 64.56 | | | |
| LST EG | 2.00 | | | |
| PA INCOME TAX | 31.97 | | | |
| PA UNEMP.TAX | 0.62 | | | |
| RET DEFCON 2.75 | 28.63 | Y | | |
| RETIRE 5.50% | 57.27 | Y | | |
| Total: | 267.60 | | | |

## Benefits Summary

| | | ------Taxable------ | | |
|---|---|---|---|---|
| Description | Amount | Fed | St | F/M |
| FICA - HI | 15.10 | | | |
| FICA - OASDI | 64.56 | | | |
| RET DC 2.25% | 23.43 | | | |
| RETIRE W/ DC | 333.62 | | | |
| Total: | 436.71 | | | |

## Pays / Deductions / Benefits Details

| Description | Amt/Pct | Factor/Hours | Gross | Credit Weeks | # | Expense Account | Accrual Account | Period End Date | Ret Hrs |
|---|---|---|---|---|---|---|---|---|---|
| HOURLY | 11.9000 | 80.00 | 952.00 | 0 | 1 | 10 E 2620 181 000 10 004 000 000 000 | | 11/02/2019 | 80.00 |
| Deductions | | | | | | | | | |
| BT | | | 16.66 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FED. INCOME TAX | | | 45.01 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FICA - HI | | | 13.81 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FICA - OASDI | | | 59.03 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| LST EG | 2.0000 | | 2.00 | | 1 | | 10 L 0470 205 000 00 000 000 000 000 | | |
| PA INCOME TAX | | | 29.23 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| PA UNEMP.TAX | 0.0600% | | 0.57 | | 1 | | 10 L 0470 250 000 00 000 000 000 000 | | |
| RET DEFCON 2.75 | 2.7500% | | 26.18 | | 1 | | 10 L 0462 232 000 00 000 000 000 000 | | |
| RETIRE 5.50% | 5.5000% | | 52.36 | | 1 | | 10 L 0462 231 000 00 000 000 000 000 | | |
| Benefits | | | | | | | | | |
| FICA - HI | | | 13.81 | | 1 | 10 E 2620 220 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 | | |
| FICA - OASDI | | | 59.03 | | 1 | 10 E 2620 220 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 | | |
| RET DC 2.25% | 2.2500% | | 21.42 | | 1 | 10 E 2620 232 000 10 004 000 000 000 | 10 L 0462 232 000 00 000 000 000 000 | | |
| RETIRE W/ DC | 32.0400% | | 305.02 | | 1 | 10 E 2620 231 000 10 004 000 000 000 | 10 L 0462 231 000 00 000 000 000 000 | | |
| OVERTIME | 17.8500 | 5.00 | 89.25 | 0 | 1 | 10 E 2620 181 000 10 004 000 000 000 | | 11/02/2019 | 5.00 |
| Deductions | | | | | | | | | |
| BT | | | 1.56 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FED. INCOME TAX | | | 4.22 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FICA - HI | | | 1.29 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FICA - OASDI | | | 5.53 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| PA INCOME TAX | | | 2.74 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| PA UNEMP.TAX | 0.0600% | | 0.05 | | 1 | | 10 L 0470 250 000 00 000 000 000 000 | | |
| RET DEFCON 2.75 | 2.7500% | | 2.45 | | 1 | | 10 L 0462 232 000 00 000 000 000 000 | | |
| RETIRE 5.50% | 5.5000% | | 4.91 | | 1 | | 10 L 0462 231 000 00 000 000 000 000 | | |
| Benefits | | | | | | | | | |
| FICA - HI | | | 1.29 | | 1 | 10 E 2620 220 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 | | |
| FICA - OASDI | | | 5.53 | | 1 | 10 E 2620 220 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 | | |
| RET DC 2.25% | 2.2500% | | 2.01 | | 1 | 10 E 2620 232 000 10 004 000 000 000 | 10 L 0462 232 000 00 000 000 000 000 | | |
| RETIRE W/ DC | 32.0400% | | 28.60 | | 1 | 10 E 2620 231 000 10 004 000 000 000 | 10 L 0462 231 000 00 000 000 000 000 | | |
| | Payment Total: | | 1,041.25 | 0.00 | | | | Ret Hrs Total: | 85.00 |

Check Number 900038192 - WH EP TB CH - 9957 - 05.19.10.00.05                                                                   Page 1 / 1



### Check Information for HELENA TITUS

#### Check Detail Information
- Check Date: 11/29/2019
- Check Number: 900038611
- Check Type: Regular
- ACA Hours: 80.00
- Gross Wages: 952.00
- Net Amount: 710.22
- Payroll Post Quarter: 4
- Payroll Post Date: 11/29/2019
- Retire Post Date: 11/29/2019

#### Taxable Wage Information

|  | Federal | State | FICA | Medicare |
|---|---|---|---|---|
| Gross Wages: | 952.00 | 952.00 | 952.00 | 952.00 |
| Minus Deductions that Decrease Tax: | 78.54 | 0.00 | 0.00 | 0.00 |
| Plus Taxable Benefits: | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxable Gross Wages: | 873.46 | 952.00 | 952.00 | 952.00 |

#### Pays Summary

| Description | Rate | Factor/Hours | Amount | Retire Hours | Credit Weeks | Period End |
|---|---|---|---|---|---|---|
| HOURLY | 11.90 | 80.00 | 952.00 | 80.00 | 0 | 11/16/2019 |

#### Deductions Summary

| Description | Amount | Fed | St | F/M |
|---|---|---|---|---|
| EIT | 16.66 | | | |
| FED. INCOME TAX | 41.96 | | | |
| FICA - HI | 13.80 | | | |
| FICA - OASDI | 59.02 | | | |
| LST EG | 2.00 | | | |
| PA INCOME TAX | 29.23 | | | |
| PA UNEMP TAX | 0.57 | | | |
| RET DEFCON 2.75 | 26.18 | Y | | |
| RETIRE 5.50% | 52.36 | Y | | |
| Total: | 241.78 | | | |

#### Benefits Summary

| Description | Amount | Fed | St | F/M |
|---|---|---|---|---|
| FICA - HI | 13.80 | | | |
| FICA - OASDI | 59.02 | | | |
| RET DC 2.25% | 21.42 | | | |
| RETIRE W/DC | 305.02 | | | |
| Total: | 399.26 | | | |

#### Pays / Deductions / Benefits Details

| Description | Amt/Pct | Factor/Hours | Gross | Credit Weeks | # | Expense Account | Accrual Account | Period End Date | Ret Hrs |
|---|---|---|---|---|---|---|---|---|---|
| HOURLY | 11.9000 | 80.00 | 952.00 | 0 | 1 | 10 E 2620 181 000 10 004 000 000 000 | | 11/16/2019 | 80.00 |
| **Deductions** | | | | | | | | | |
| EIT | | | 16.66 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FED. INCOME TAX | | | 41.96 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FICA - HI | | | 13.80 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| FICA - OASDI | | | 59.02 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| LST EG | 2.0000 | | 2.00 | | 1 | | 10 L 0470 235 000 00 000 000 000 000 | | |
| PA INCOME TAX | | | 29.23 | | 1 | | 10 E 5800 290 000 00 000 000 000 000 | | |
| PA UNEMP TAX | 0.0600% | | 0.57 | | 1 | | 10 L 0470 250 000 00 000 000 000 000 | | |
| RET DEFCON 2.75 | 2.7500% | | 26.18 | | 1 | | 10 L 0462 235 000 00 000 000 000 000 | | |
| RETIRE 5.50% | 5.5000% | | 52.36 | | 1 | | 10 L 0462 231 000 00 000 000 000 000 | | |
| **Benefits** | | | | | | | | | |
| FICA - HI | | | 13.80 | | 1 | 10 E 2620 221 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 | | |
| FICA - OASDI | | | 59.02 | | 1 | 10 E 2620 221 000 10 004 000 000 000 | 10 L 0470 221 000 00 000 000 000 000 | | |
| RET DC 2.25% | 2.2500% | | 21.42 | | 1 | 10 E 2620 232 000 10 004 000 000 000 | 10 L 0462 232 000 00 000 000 000 000 | | |
| RETIRE W/DC | 32.0400% | | 305.02 | | 1 | 10 E 2620 231 000 10 004 000 000 000 | 10 L 0462 231 000 00 000 000 000 000 | | |

```
---------------EMPLOYER INFORMATION---------------          ---------------EMPLOYEE INFORMATION---------------
     Name: UPPER PERKIOMEN SCHOOL DIST                           Name: TITUS, HELENA
  Address: 2229 E BUCK ROAD STE 1                             Address: 1920 GERYVILLE WEST
           PENNSBURG, PA 18073                                        EAST GREENVILLE, PA 18041
```

```
-------------------------------------CHECK DETAIL INFORMATION-----------------------------------------
       Check Date: 12/13/2019         Gross Wages:     960.93
     Check Number: 900039042           Net Amount:     716.56
       Check Type: Regular
```

```
-------------------------------------TAXABLE WAGE INFORMATION-----------------------------------------
                                          FEDERAL      STATE       FICA     MEDICARE
                       Gross Wages:        960.93     960.93     960.93      960.93
  Minus Deductions that Decrease Tax:       79.28       0.00       0.00        0.00
             Plus Taxable Benefits:          0.00       0.00       0.00        0.00
              Taxable Gross Wages:         881.65     960.93     960.93      960.93
```

```
-----------------------------------------PAYS---------------------------------------------------------
DESCRIPTION        RATE  FACTOR/HOURS   AMOUNT  RETIRE HOURS  CREDIT WEEKS  PERIOD END
HOURLY            11.90         80.00   952.00         80.00          0.00  11/30/2019
OVERTIME          17.85          0.50     8.93          0.50          0.00  11/30/2019
                                Total:  960.93         80.50          0.00
```

```
------------------DEDUCTIONS--------------------          --------------------BENEFITS--------------------
                    --DECREASE TAX--                                          ----TAXABLE----
DESCRIPTION       AMOUNT   FED   ST    F/M              DESCRIPTION         AMOUNT  FED   ST   F/M
LIT                16.82                                RET DC 2.25%         21.62
FED. INCOME TAX    42.68                                RETIRE W/ DC        307.88
FICA - HI          13.93
FICA - OASDI       59.58
LST EG              2.00
PA INCOME TAX      29.50
PA. UNEMP.TAX       0.58
RET DEFCON 2.75    26.43    Y
RETIRE 5.50%       52.85    Y
      Total:      244.37                                       Total:       329.50
```

```
                  ************************ End of report ************************
```