## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | **Chapter 13** |
| **In Re:  Robert J. Titus** | : | |
| **Helena M. Titus** | : | **Bankruptcy No. 19-17728-AMC** |
| **Debtors** | : | |
| | : | **Motion to Extend the Automatic Stay** |
| | : | **Beyond the Thirty (30) Day Period** |

### CERTIFICATION OF NO RESPONSE TO
### MOTION TO EXTEND THE AUTOMATIC STAY BEYOND
### THIRTY (30) DAY PERIOD

I, Jeffery A. Fournier, Esquire, attorney for Debtors, hereby certifies the following:

1. That a Motion to Extend the Automatic Stay Beyond the Thirty (30) Day Period was filed on December 13, 2019.

2. Notice of the Motion to Extend the Automatic Stay Beyond Thirty (30) Day Period was served upon all creditors and interested parties on or about December 13, 2019.

3. There has been no response by creditors or interested parties.

**WHEREFORE**, I respectfully request that the Motion to Extend the Automatic Stay Beyond the Thirty (30) Day Period be granted.

Date:  01/06/2020

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtors