## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re:  Robert J. Titus | : | Chapter 13 |
| Helena M. Titus | : | |
| Debtors | : | Bankruptcy No. 19-17728-AMC |
| | : | |
| | : | Motion to Extend the Automatic Stay |
| | : | Beyond the Thirty (30) Day Period |

## ORDER CONTINUING STAY BEYOND THIRTY (30) DAY PERIOD

AND NOW, this _____ day of _____, 2020, upon Motion of the Debtors, it is hereby ORDERED that the Automatic Stay under 11 U.S.C. Section 362 is to continue and is extended beyond thirty (30) days from the filing date of this Bankruptcy for the duration of this case without further Order from this Court.

**Date: January 7, 2020**

_____
Hon. Ashely M. Chan,        J.
United States Bankruptcy Court