```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-17728-amc
Robert J. Titus                                                 Chapter 13
Helena M. Titus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina           Page 1 of 1         Date Rcvd: Jan 07, 2020
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
db/jdb         Robert J. Titus,   Helena M. Titus,   1920 Geryville Pike,   East Greenville, PA   18041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
              JEFFERY A. FOURNIER    on behalf of Debtor Robert J. Titus jefffournier@verizon.net
              JEFFERY A. FOURNIER    on behalf of Joint Debtor Helena M. Titus jefffournier@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2007-HE5, Asset-Backed Certificates Series 2007-HE5 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re:  Robert J. Titus | : | Chapter 13 |
|        Helena M. Titus | : | Bankruptcy No. 19-17728-AMC |
|              Debtors | : |  |
|  | : | Motion to Extend the Automatic Stay |
|  | : | Beyond the Thirty (30) Day Period |

## ORDER CONTINUING STAY BEYOND THIRTY (30) DAY PERIOD

AND NOW, this _____ day of _____, 2020, upon Motion of the Debtors, it is hereby ORDERED that the Automatic Stay under 11 U.S.C. Section 362 is to continue and is extended beyond thirty (30) days from the filing date of this Bankruptcy for the duration of this case without further Order from this Court.

**Date: January 7, 2020**

_____
Hon. Ashely M. Chan,    J.
United States Bankruptcy Court