## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re:  Robert J. Titus | : | Chapter 13 |
| Helena M. Titus | : | |
| **Debtors** | : | **Bankruptcy No. 19-17728-AMC** |
| | : | |
| | : | Motion to Allow Debtor to Proceed With A |
| | : | Trial Period Plan and Loan Modification |

### ORDER ALLOWING DEBTOR TO PROCEED WITH A
### TRIAL PERIOD PLAN AND LOAN MODIFICATION WITH
### SELECT PORTFOLIO SERVICING, INC.

AND NOW, this 14th day of January , 2020, upon consideration of the Motion to Allow Debtor to Proceed With A Trial Period Plan and Loan Modification, it is hereby ORDERED that Debtors may proceed with a Trial Period Plan and Loan Modification with Select Portfolio Servicing, Inc. without any further review from the Court.

_____  J.
Hon. Ashely M. Chan
United States Bankruptcy Judge