United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-17728-amc
Robert J. Titus                                                                 Chapter 13
Helena M. Titus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: Virginia          Page 1 of 1              Date Rcvd: Jan 14, 2020
                                 Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db/jdb        Robert J. Titus,    Helena M. Titus,    1920 Geryville Pike,    East Greenville, PA  18041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
        JEFFERY A. FOURNIER    on behalf of Debtor Robert J. Titus jefffournier@verizon.net
        JEFFERY A. FOURNIER    on behalf of Joint Debtor Helena M. Titus jefffournier@verizon.net
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
         National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
         2007-HE5, Asset-Backed Certificates Series 2007-HE5 bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: Robert J. Titus | : **Chapter 13** |
| Helena M. Titus | : |
| **Debtors** | : **Bankruptcy No. 19-17728-AMC** |
|  | : |
|  | : **Motion to Allow Debtor to Proceed With A** |
|  | : **Trial Period Plan and Loan Modification** |

### ORDER ALLOWING DEBTOR TO PROCEED WITH A
### TRIAL PERIOD PLAN AND LOAN MODIFICATION WITH
### SELECT PORTFOLIO SERVICING, INC.

AND NOW, this 14th day of January_____, 2020, upon consideration of the Motion to Allow Debtor to Proceed With A Trial Period Plan and Loan Modification, it is hereby ORDERED that Debtors may proceed with a Trial Period Plan and Loan Modification with Select Portfolio Servicing, Inc. without any further review from the Court.

_____

Hon. Ashely M. Chan                       J.
United States Bankruptcy Judge