

| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| 2DIF | | 60.00 | FWHM | 22.90 | 323.95 |
| REGU | 80.00 | 1,568.00 | FIME | 22.91 | 536.71 |
| | | | FICA | 97.97 | 2,294.96 |
| | | | PAST | 48.41 | 1,165.68 |
| | | | NLST | 2.00 | 50.00 |
| | | | PUT | 0.95 | 23.10 |
| | | | MILT | 27.59 | 664.51 |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| Met Dental Family | 6.73 | 143.68 |
| PC20 EE/Spouse Grandfathered | 44.56 | 3,625.00 |
| Teachers Insur Annuity Assoc | 89.54 | 2,238.50 |
| Union Dues Custodial | 22.50 | 562.50 |
| Opt Grp Life Employee | 5.68 | 142.00 |
| Opt Grp Life Spouse | 1.99 | 49.75 |

THE QUAKERTOWN NATL BANK   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXkt1◆   1,234.27

1,628.00  222.73       171.00  1,234.27
40,700.00 5,058.91   6,761.43 28,879.66

**Bucks County Community College**
**275 Swamp Road**
**Newtown, PA 18940**

12/06/19   493488

1,234.27

Pay Amount - Spelled Out       ONE THOUSAND TWO HUNDRED THIRTY-FOUR AND 27/100*******

PAY           Mr. Robert J. Titus
TO THE       1920 Geryville West
ORDER OF   East Greenville PA 18041-2011

**NON-NEGOTIABLE**
**VIEW ONLY**

493836

71300    0291930    XXX-XX-1255    12/13/2019

| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE |
|------|-------|--------|------|---------|--------------|
| 2DIF |       | 60.00  | FWHM | 11.78   | 335.73       |
| REGU | 80.00 | 1,568.00 | FIME | 21.30 | 558.01     |
|      |       |        | FICA | 91.07   | 2,386.03     |
|      |       |        | PAST | 44.99   | 1,210.67     |
|      |       |        | NLST | 2.00    | 52.00        |
|      |       |        | PUT  | 0.88    | 23.98        |
|      |       |        | MILT | 25.65   | 690.16       |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|-------------|---------|--------------|
| Met Dental Family | 6.73 | 150.41 |
| PC20 EE/Spouse Grandfathered | 155.75 | 3,780.75 |
| Teachers Insur Annuity Assoc | 89.54 | 2,328.04 |
| Union Dues Custodial | 22.50 | 585.00 |
| Opt Grp Life Employee | 5.68 | 147.68 |
| Opt Grp Life Spouse | 1.99 | 51.74 |

THE QUAKERTOWN NATL BANK    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXs+d�    1,148.14

| 1,628.00 | 197.67 | | 282.19 | 1,148.14 |
|----------|--------|---|--------|----------|
| 42,328.00 | 5,256.58 | | 7,043.62 | 30,027.80 |

---

**Bucks County Community College**
**275 Swamp Road**
**Newtown, PA 18940**

12/20/19    493836

1,148.14

Pay Amount - Spelled Out    ONE THOUSAND ONE HUNDRED FORTY-EIGHT AND 14/100*******

PAY         Mr. Robert J. Titus
TO THE      1920 Geryville West
ORDER OF    East Greenville PA 18041-2011

**NON-NEGOTIABLE**
**VIEW ONLY**

494700

| DEPT. NO. | EMPLOYEE NO. | SOC SEC NO | PAY PERIOD |
|---|---|---|---|
| 71300 | 0291930 | XXX-XX-1255 | 12/27/2019 |

| CURRENT EARNINGS | | | TAXES WITHHELD | | |
|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE |
| 2DIF | | 60.00 | FWHM | 11.78 | 11.78 |
| REGU | 80.00 | 1,568.00 | FIME | 21.30 | 21.30 |
| | | | FICA | 91.07 | 91.07 |
| | | | PAST | 44.99 | 44.99 |
| | | | NLST | 2.00 | 2.00 |
| | | | PUT | 0.88 | 0.88 |
| | | | MILT | 25.65 | 25.65 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR TO DATE |
| Met Dental Family | 6.73 | 6.73 |
| PC20 EE/Spouse Grandfathered | 155.75 | 155.75 |
| Teachers Insur Annuity Assoc | 89.54 | 89.54 |
| Union Dues Custodial | 22.50 | 22.50 |
| Opt Grp Life Employee | 5.68 | 5.68 |
| Opt Grp Life Spouse | 1.99 | 1.99 |

| BANK | ACCOUNT NO. | AMOUNT |
|---|---|---|
| THE QUAKERTOWN NATL BANK | XXXXXXXXXXXXXXXXXXXXXXXXXXX5Pu� | 1,148.14 |

CURRENT
Y.T.D.

| GROSS | TAXES | DEDUCTIONS | NET | EARNED VAC | USED VAC | BALANCE VAC | EARNED OTHER | USED OTHER | BALANCE OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 1,628.00 | 197.67 | 282.19 | 1,148.14 | | | | | | |
| 1,628.00 | 197.67 | 282.19 | 1,148.14 | | | | | | |

**Bucks County Community College**
**275 Swamp Road**
**Newtown, PA 18940**

01/03/20  494700
PAY THIS AMOUNT
1,148.14

Pay Amount - Spelled Out     ONE THOUSAND ONE HUNDRED FORTY-EIGHT AND 14/100*******

PAY        Mr. Robert J. Titus
TO THE     1920 Geryville West
ORDER OF   East Greenville PA 18041-2011

**NON-NEGOTIABLE**
**VIEW ONLY**

495337

| 71300 | 0291930 | XXX-XX-1255 | 01/10/2020 |

| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE |
|------|-------|--------|------|---------|--------------|
| 2DIF |       | 60.00  | FWHM | 9.48    | 21.26        |
| REGU | 80.00 | 1,568.00 | FIME | 21.30 | 42.60       |
|      |       |        | FICA | 91.07   | 182.14       |
|      |       |        | PAST | 44.99   | 89.98        |
|      |       |        | NLST | 2.00    | 4.00         |
|      |       |        | PUT  | 0.88    | 1.76         |
|      |       |        | MILT | 25.65   | 51.30        |

| DESCRIPTION | CURRENT | YEAR TO DATE |
|-------------|---------|--------------|
| Met Dental Family | 6.73 | 13.46 |
| PC20 EE/Spouse Grandfathered | 155.75 | 311.50 |
| Teachers Insur Annuity Assoc | 89.54 | 179.08 |
| Union Dues Custodial | 22.50 | 45.00 |
| Opt Grp Life Employee | 5.68 | 11.36 |
| Opt Grp Life Spouse | 1.99 | 3.98 |

THE QUAKERTOWN NATL BANK   XXXXXXXXXXXXXXXXXXXXXXXXXXXXk9U    1,150.44

CURRENT
YTD

GROSS    TAXES    DEDUCTIONS    NET    EARNED VAC    USED VAC    BALANCE VAC    EARNED OTHER    USED OTHER    BALANCE OTHER
1,628.00  195.37   282.19        1,150.44
3,256.00  393.04   564.38        2,298.58

---

**Bucks County Community College**
275 Swamp Road
Newtown, PA 18940

01/17/20   495337
PAY THIS AMOUNT
1,150.44

Pay Amount - Spelled Out      ONE THOUSAND ONE HUNDRED FIFTY AND 44/100**************

PAY           Mr. Robert J. Titus
TO THE        1920 Geryville West
ORDER OF      East Greenville PA 18041-2011

**NON-NEGOTIABLE**
**VIEW ONLY**

496033

| | | | PAY PERIOD |
|---|---|---|---|
| 71300 | 0291930 | XXX-XX-1255 | 01/24/2020 |

### CURRENT EARNINGS / TAXES WITHHELD

| TYPE | HOURS | AMOUNT | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| 2DIF | | 60.00 | FWHM | 9.48 | 30.74 |
| REGU | 80.00 | 1,568.00 | FIME | 21.30 | 63.90 |
| | | | FICA | 91.07 | 273.21 |
| | | | PAST | 44.99 | 134.97 |
| | | | NLST | 2.00 | 6.00 |
| | | | PUT | 0.88 | 2.64 |
| | | | MILT | 25.65 | 76.95 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR TO DATE |
|---|---|---|
| Met Dental Family | 6.73 | 20.19 |
| PC20 EE/Spouse Grandfathered | 155.75 | 467.25 |
| Teachers Insur Annuity Assoc | 89.54 | 268.62 |
| Union Dues Custodial | 22.50 | 67.50 |
| Opt Grp Life Employee | 5.68 | 17.04 |
| Opt Grp Life Spouse | 1.99 | 5.97 |

### DEPOSITS

| | ACCOUNT NO. | AMOUNT |
|---|---|---|
| THE QUAKERTOWN NATL BANK | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXELd� | 1,150.44 |

CURRENT
6.70

| GROSS | TAXES | DEDUCTIONS | NET | EARNED VAC | USED VAC | BALANCE VAC | EARNED OTHER | USED OTHER | BALANCE OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 1,628.00 | 195.37 | 282.19 | 1,150.44 | | | | | | |
| 4,884.00 | 588.41 | 846.57 | 3,449.02 | | | | | | |

---

**Bucks County Community College**
**275 Swamp Road**
**Newtown, PA 18940**

01/31/20    496033

PAY THIS AMOUNT
1,150.44

Pay Amount - Spelled Out    ONE THOUSAND ONE HUNDRED FIFTY AND 44/100**************

PAY TO THE ORDER OF
Mr. Robert J. Titus
1920 Geryville West
East Greenville PA 18041-2011

**NON-NEGOTIABLE**
**VIEW ONLY**