4paear05.p     Case 19-17728-amc    Doc 44    Filed 02/05/20    Entered 02/05/20 12:08:40    Desc Main    Page:1
05.19.10.00.00                              Document         Page 1 of 4                                  2:04 PM

#19-17728-AMC

```
--------------EMPLOYER INFORMATION---------------          ---------------EMPLOYEE INFORMATION--------------
   Name: UPPER PERKIOMEN SCHOOL DIST                          Name: TITUS, HELENA
Address: 2229 E BUCK ROAD STE 1                            Address: 1920 GERYVILLE WEST
         PENNSBURG, PA 18073                                        EAST GREENVILLE, PA 18041


-----------------------------------CHECK DETAIL INFORMATION-----------------------------------
     Check Date: 12/13/2019        Gross Wages:     960.93
   Check Number: 900039042          Net Amount:    716.56
     Check Type: Regular

-----------------------------------TAXABLE WAGE INFORMATION-----------------------------------
                                      FEDERAL       STATE        FICA      MEDICARE
                      Gross Wages:     960.93      960.93      960.93       960.93
  Minus Deductions that Decrease Tax:   79.28        0.00        0.00         0.00
             Plus Taxable Benefits:      0.00        0.00        0.00         0.00
              Taxable Gross Wages:     881.65      960.93      960.93       960.93

---------------------------------------PAYS---------------------------------------
DESCRIPTION       RATE   FACTOR/HOURS    AMOUNT  RETIRE HOURS  CREDIT WEEKS  PERIOD END
HOURLY           11.90      80.00        952.00     80.00         0.00      11/30/2019
OVERTIME         17.85       0.50          8.93      0.50         0.00      11/30/2019
                          Total:         960.93     80.50         0.00

--------------------DEDUCTIONS--------------------        --------------------BENEFITS--------------------
                   --DECREASE TAX--                                             ----TAXABLE----
DESCRIPTION     AMOUNT   FED   ST   F/M         DESCRIPTION            AMOUNT   FED   ST   F/M
EIT              16.82                          RET DC 2.25%            21.62
FED. INCOME TAX  42.68                          RETIRE W/ DC           307.88
FICA - HI        13.93
FICA - OASDI     59.58
LST EG            2.00
PA INCOME TAX    29.50
PA. UNEMP.TAX     0.58
RET DEFCOM 2.75  26.43   Y
RETIRE 5.50%     52.85   Y
        Total:  244.37                                       Total:     329.50


********************* End of report **********************
```

**#19-17728-AMC**

```
--------------EMPLOYER INFORMATION--------------          --------------EMPLOYEE INFORMATION--------------
   Name: UPPER PERKIOMEN SCHOOL DIST                        Name: TITUS, HELENA
Address: 2229 E BUCK ROAD STE 1                          Address: 1920 GERYVILLE WEST
         PENNSBURG, PA 18073                                      EAST GREENVILLE, PA 18041
```

```
----------------------------------CHECK DETAIL INFORMATION----------------------------------
     Check Date: 12/27/2019        Gross Wages:    1,023.40
   Check Number: 900039473         Net Amount:       760.97
     Check Type: Regular
```

```
----------------------------------TAXABLE WAGE INFORMATION----------------------------------
                                         FEDERAL      STATE       FICA      MEDICARE
                         Gross Wages:   1,023.40    1,023.40    1,023.40    1,023.40
   Minus Deductions that Decrease Tax:     84.43        0.00        0.00        0.00
                Plus Taxable Benefits:      0.00        0.00        0.00        0.00
                 Taxable Gross Wages:    938.97     1,023.40    1,023.40    1,023.40
```

```
--------------------------------------PAYS--------------------------------------
DESCRIPTION        RATE   FACTOR/HOURS    AMOUNT   RETIRE HOURS   CREDIT WEEKS   PERIOD END
HOURLY            11.90          80.00    952.00          80.00           0.00   12/14/2019
OVERTIME          17.85           4.00     71.40           4.00           0.00   12/14/2019
                                Total:  1,023.40          84.00           0.00
```

```
--------------------DEDUCTIONS--------------------         --------------------BENEFITS--------------------
                    --DECREASE TAX--                                              ----TAXABLE----
DESCRIPTION       AMOUNT   FED   ST   F/M              DESCRIPTION       AMOUNT   FED   ST   F/M
EIT                17.91                               RET DC 2.25%       23.03
FED. INCOME TAX    47.77                               RETIRE W/ DC      327.90
FICA - HI          14.84
FICA - OASDI       63.45
LST EG              2.00
PA INCOME TAX      31.42
PA. UNEMP.TAX       0.61
RET DEFCON 2.75    28.14    Y
RETIRE 5.50%       56.29    Y
         Total:   262.43                                         Total:   350.93
```

*********************** End of report ***********************

4paear05.p   Case 19-17728-amc    Doc 44    Filed 02/05/20    Entered 02/05/20 12:08:40    01/29/20    Page:1
05.19.10.00.00                                        01/10/2020 Check Information                         2:08 PM
                                    Document      Page 3 of 4

                                                                                               #19-17728-AMC

```
---------------EMPLOYER INFORMATION---------------        ---------------EMPLOYEE INFORMATION---------------
      Name: UPPER PERKIOMEN SCHOOL DIST                         Name: TITUS, HELENA
   Address: 2229 E BUCK ROAD STE 1                           Address: 1920 GERYVILLE WEST
            PENNSBURG, PA 18073                                       EAST GREENVILLE, PA 18041


-------------------------------------CHECK DETAIL INFORMATION-------------------------------------
        Check Date: 01/10/2020          Gross Wages:        952.00
      Check Number: 900039895            Net Amount:        710.60
        Check Type: Regular


-------------------------------------TAXABLE WAGE INFORMATION-------------------------------------
                                              FEDERAL         STATE         FICA       MEDICARE
                         Gross Wages:          952.00        952.00        952.00        952.00
   Minus Deductions that Decrease Tax:          78.54          0.00          0.00          0.00
                Plus Taxable Benefits:           0.00          0.00          0.00          0.00
                 Taxable Gross Wages:          873.46        952.00        952.00        952.00


-----------------------------------------PAYS-----------------------------------------
DESCRIPTION         RATE  FACTOR/HOURS       AMOUNT  RETIRE HOURS  CREDIT WEEKS  PERIOD END
HOURLY             11.90         80.00       952.00         80.00          0.00  12/28/2019


-------------------DEDUCTIONS-------------------        -------------------BENEFITS-------------------
                 --DECREASE TAX--                                           ----TAXABLE----
DESCRIPTION      AMOUNT  FED   ST   F/M           DESCRIPTION      AMOUNT  FED   ST   F/M
EIT              16.66                            RET DC 2.25%      21.42
FED. INCOME TAX  41.58                            RETIRE W/ DC     305.02
FICA - HI        13.80
FICA - OASDI     59.02
LST EG            2.00
PA INCOME TAX    29.23
PA. UNEMP.TAX     0.57
RET DEFCON 2.75  26.18   Y
RETIRE 5.50%     52.36   Y
         Total: 241.40                                     Total:  326.44


                  ********************* End of report *********************
```

#19-17728-AMC

---------------EMPLOYER INFORMATION---------------           ---------------EMPLOYEE INFORMATION---------------
    Name: UPPER PERKIOMEN SCHOOL DIST                            Name: TITUS, HELENA
    Address: 2229 E BUCK ROAD STE 1                              Address: 1920 GERYVILLE WEST
             PENNSBURG, PA 18073                                          EAST GREENVILLE, PA 18041

---------------------------------------CHECK DETAIL INFORMATION---------------------------------------
    Check Date: 01/24/2020        Gross Wages:    1,112.65
    Check Number: 900040329       Net Amount:       824.70
    Check Type: Regular

-----------------------------------TAXABLE WAGE INFORMATION-----------------------------------
                                       FEDERAL       STATE        FICA      MEDICARE
                      Gross Wages:    1,112.65    1,112.65     1,112.65     1,112.65
Minus Deductions that Decrease Tax:      91.80        0.00         0.00         0.00
           Plus Taxable Benefits:         0.00        0.00         0.00         0.00
              Taxable Gross Wages:    1,020.85    1,112.65     1,112.65     1,112.65

-------------------------------------------PAYS-------------------------------------------
DESCRIPTION           RATE  FACTOR/HOURS    AMOUNT  RETIRE HOURS  CREDIT WEEKS  PERIOD END
HOURLY              11.90         80.00     952.00         80.00          0.00  01/11/2020
OVERTIME            17.85          9.00     160.65          9.00          0.00  01/11/2020
                              Total:      1,112.65         89.00          0.00

--------------------DEDUCTIONS--------------------       --------------------BENEFITS--------------------
                   --DECREASE TAX--                                              ----TAXABLE----
DESCRIPTION      AMOUNT   FED   ST    F/M         DESCRIPTION           AMOUNT  FED   ST    F/M
EIT               19.47                           RET DC 2.25%           25.03
FED. INCOME TAX   54.74                           RETIRE W/ DC          356.49
FICA - HI         16.13
FICA - OASDI      68.98
LST EG             2.00
PA INCOME TAX     34.16
PA. UNEMP.TAX      0.67
RET DEFCON 2.75   30.60    Y
RETIRE 5.50%      61.20    Y
       Total:    287.95                                    Total:       381.52


                ************************ End of report ************************