# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** Robert J. Titus | : | Chapter: 13 |
| Helena M. Titus | : | Bankruptcy No. 19-17728-AMC |
| **Debtors** | : | |
| | : | Motion For Cramdown Against |
| | : | Proof of Claim of Ally Financial |
| | : | Claim #11 Filed on 02/04/2020 |

## AMENDED CERTIFICATION OF SERVICE

I, Jeffery A. Fournier, Esquire, hereby certify that I served that the above Notice of Motion for Cramdown Against Proof of Claim with hearing date and response date and Debtor's Request for Production of Documents were served to the interested parties listed below by first class prepaid postage mail and/or electronically on February 21, 2020:

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Ally Financial
P O. Box 130424
Roseville, MN  55113-0004

Robert J. Titus
Helena M. Titus (Debtors)

Ally Servicing LLC
Attn:  Sergei Bye, Agent
4000 Lexington Avenue, N., Suite 100
Shoreview, MN  55126

/S/_Jeffery A. Fournier, Esquire____
Jeffery A. Fournier, Esquire
Attorney for Debtors