# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-17728-AMC

ROBERT J. TITUS
HELENA M. TITUS
1920 GERYVILLE PIKE

EAST GREENVILLE, PA 18041-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ROBERT J. TITUS
    HELENA M. TITUS
    1920 GERYVILLE PIKE

    EAST GREENVILLE, PA 18041-

**Counsel for debtor(s), by electronic notice only.**
    JEFFERY A FOURNIER
    2480-B DURHAM RD

    BRISTOL, PA 19007

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 2/21/2020

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee