Fill in this information to identify your case and this filing:

Debtor 1: **Robert** (First Name) **J.** (Middle Name) **Titus** (Last Name)

Debtor 2: **Helena** (First Name) **M.** (Middle Name) **Titus** (Last Name)
(Spouse, if filing)

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number: **19-17728-AMC**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1. **1920 Geryville West**
   Street address, if available, or other description

   **East Greenville**   **PA**   **18041**
   City                  State    ZIP Code

   **Montgomery**
   County

   What is the property? Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? **$268,823.00**
   Current value of the portion you own? **$268,823.00**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **Tenants by Entireties**

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: **Market Value $268,823.00 minus 10% cost of sale = $241,940.00**

   If you own or have more than one, list here:

   1.2. _____
   Street address, if available, or other description

   _____
   City                  State    ZIP Code

   _____
   County

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? $_____
   Current value of the portion you own? $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   _____

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

1.3. _____
Street address, if available, or other description

_____

_____  _____  _____
City                     State  ZIP Code

_____
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$_____                              $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............................................➔ $ **268,823.00**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☑ Yes

3.1. Make: **Hyundai**
Model: **Santa Fe**
Year: **2015**
Approximate mileage: **120,000**
Other information:
_____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$ **5,675.00**    $ **5,675.00**

If you own or have more than one, describe here:

3.2. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$_____    $_____

3.3. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information: _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

3.4. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information: _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

4.1. Make: _____
Model: _____
Year: _____
Other information: _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

If you own or have more than one, list here:

4.2. Make: _____
Model: _____
Year: _____
Other information: _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ............................................. ➔  $ 5,675.00

Debtor 1  Robert J. Titus
          First Name   Middle Name   Last Name

Case number (if known) 19-17728-AMC

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... used household goods and furnishings     $ 1,500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe......... used personal electronics (cellphone, tv, computer)    $ 500.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.........     $ 0.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.........     $ 0.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.........     $ 0.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe......... everyday clothing     $ 500.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe......... wedding bands, costume jewelry     $ 1,000.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe......... 2 dogs, 1 pot belly pig     $ 450.00

14. Any other personal and household items you did not already list, including any health aids you did not list
    ☑ No
    ☐ Yes. Give specific information..........     $ 0.00

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................→    $ 3,950.00

Official Form 106A/B                Schedule A/B: Property                page 4

Debtor 1  Robert J. Titus
         First Name  Middle Name  Last Name

Case number (if known) 19-17728-AMC

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes .................................................................................................... Cash: ............... $ _____150.00_____

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes ...................

    Institution name:

    17.1. Checking account:      QNB (xx0624)                            $ _____500.00_____
    17.2. Checking account:      _____                  $ _____
    17.3. Savings account:       _____                  $ _____
    17.4. Savings account:       _____                  $ _____
    17.5. Certificates of deposit: _____                $ _____
    17.6. Other financial account: _____                $ _____
    17.7. Other financial account: _____                $ _____
    17.8. Other financial account: _____                $ _____
    17.9. Other financial account: _____                $ _____

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes ............... Institution or issuer name:

    _____  $ _____
    _____  $ _____
    _____  $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No          Name of entity:                                    % of ownership:
    ☐ Yes. Give specific                                              0%      %      $ _____
    information about  _____
    them.................                                             0%      %      $ _____
                        _____
                                                                      0%      %      $ _____
                        _____

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them............    Issuer name:    $_____
$_____
$_____

### 21. Retirement or pension accounts

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $_____ |
| Pension plan: | | $_____ |
| IRA: | | $_____ |
| Retirement account: | **TIAA Retirement Account (Robert)** | $ **192,000.00** |
| Keogh: | | $_____ |
| Additional account: | **VOYA Financial - Retirement Account (Helena)** | $ **347.00** |
| Additional account: | | $_____ |

### 22. Security deposits and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...........    Institution name or individual:

| Electric: | | $_____ |
|---|---|---|
| Gas: | | $_____ |
| Heating oil: | | $_____ |
| Security deposit on rental unit: | | $_____ |
| Prepaid rent: | | $_____ |
| Telephone: | | $_____ |
| Water: | | $_____ |
| Rented furniture: | | $_____ |
| Other: | | $_____ |

### 23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...........    Issuer name and description:
$_____
$_____
$_____

Debtor 1  **Robert** **J.** **Titus**   Case number *(if known)* **19-17728-AMC**
  First Name  Middle Name  Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes ............... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____   $_____
    _____   $_____
    _____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them....   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them....   $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them....   $_____

**Money or property owed to you?**

*Current value of the portion you own? Do not deduct secured claims or exemptions.*

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .............
    
    Federal:   $_____
    State:     $_____
    Local:     $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information.............
    
    Alimony:              $_____
    Maintenance:          $_____
    Support:              $_____
    Divorce settlement:   $_____
    Property settlement:  $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information............   $_____

Official Form 106A/B          Schedule A/B: Property          page 7

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ☑ Yes. Name the insurance company of each policy and list its value. ...

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | Liberty Mutual Ins. | Debtor and Mortgage | $ 0.00 |
   | Blue Cross Blue Shield | Debtor | $ 0.00 |
   |  |  | $ |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☑ No
   ☐ Yes. Give specific information.............                                                                  $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☑ No
   ☐ Yes. Describe each claim. ..................                                                                  $

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☑ No
   ☐ Yes. Describe each claim. ..................                                                                  $

35. **Any financial assets you did not already list**
   ☑ No
   ☐ Yes. Give specific information............                                                                  $

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................................................→   $  192,997.00

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
   ☑ No. Go to Part 6.
   ☐ Yes. Go to line 38.

   Current value of the portion you own?
   Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ☐ No
   ☐ Yes. Describe.......                                                                                         $

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☐ No
   ☐ Yes. Describe.......                                                                                         $

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☐ No
    - ☐ Yes. Describe....... $_____

41. **Inventory**
    - ☐ No
    - ☐ Yes. Describe....... $_____

42. **Interests in partnerships or joint ventures**
    - ☐ No
    - ☐ Yes. Describe.......

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | _____ | ____% | $_____ |
    | _____ | ____% | $_____ |
    | _____ | ____% | $_____ |

43. **Customer lists, mailing lists, or other compilations**
    - ☐ No
    - ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        - ☐ No
        - ☐ Yes. Describe....... $_____

44. **Any business-related property you did not already list**
    - ☐ No
    - ☐ Yes. Give specific information .........
        - $_____
        - $_____
        - $_____
        - $_____
        - $_____
        - $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ................................................................→ $ **0.00**

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    - ☐ No
    - ☐ Yes............. $_____

Debtor 1  **Robert** (First Name)  **J.** (Middle Name)  **Titus** (Last Name)          Case number (if known) **19-17728-AMC**

48. **Crops—either growing or harvested**
    - ☐ No
    - ☐ Yes. Give specific information..........   $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☐ No
    - ☐ Yes............   $_____

50. **Farm and fishing supplies, chemicals, and feed**
    - ☐ No
    - ☐ Yes............   $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☐ No
    - ☐ Yes. Give specific information..........   $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** →   $ **0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information..........   $_____   $_____   $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** →   $ **0.00**

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................................................................................ →   $ **268,823.00**

56. Part 2: Total vehicles, line 5                                $ **5,675.00**

57. Part 3: Total personal and household items, line 15       $ **3,950.00**

58. Part 4: Total financial assets, line 36                    $ **192,997.00**

59. Part 5: Total business-related property, line 45          $ **0.00**

60. Part 6: Total farm- and fishing-related property, line 52 $ **0.00**

61. Part 7: Total other property not listed, line 54         + $ **0.00**

62. **Total personal property.** Add lines 56 through 61. ...................   $ **202,622.00**   Copy personal property total → + $ **202,622.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62............................................................   $ **471,445.00**

pdf

Official Form 106A/B                Schedule A/B: Property                page 10

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robert | J. | Titus |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Helena | M. | Titus |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Eastern__ District of __Pennsylvania__

Case number: 19-17728-AMC
(If known)

☑ Check if this is an amended filing

**Amended Schedules "A/B" and "C"**

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules      12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Robert J. Titus                        ✗ /s/ Helena M. Titus
Signature of Debtor 1                       Signature of Debtor 2

Date 02/20/2020                             Date 02/20/2020
     MM / DD / YYYY                              MM / DD / YYYY

pdf

Official Form 106Dec            Declaration About an Individual Debtor's Schedules