

Jeffery A. Fournier ~ Attorney at Law

To: Ally Financial
P. O. Box 130424
Roseville, MN 55113-0004

Date: 02/21/2020

Re: Robert and Helena Titus / Chapter 13 Bankruptcy No. 19-17728-AMC
Motion for Cramdown Against Proof of Claim #11 - Ally Financial
U.S. Bankruptcy Court - Eastern District of PA

Dear Sir or Madam:

Enclosed kindly find a Notice and Motion For Cramdown Against Proof of Claim #11 of Ally Financial filed on behalf of my clients, Robert and Helena Titus, with the U.S. Bankruptcy Court - Eastern District of Pennsylvania. A hearing is scheduled for **March 17, 2020 at 11:00 p.m.** in Courtroom #4, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania.

If you do not want the Court to eliminate or change your claim, you must file a response with the U.S. Bankruptcy Court for the Eastern District of Pennsylvania on or before March 12, 2020.

In addition to the above, kindly find enclosed my clients, Robert and Helena Titus's Request for Production of Documents Addressed to Ally Financial that has been filed with the U.S. Bankruptcy Court on this date. Kindly respond to same in accordance with the Federal Rules of Civil Procedure.

Sincerely,

Jeffery A. Fournier
Attorney-At-Law

Enclosures: Notice /Motion for Cramdown/Request for Production of Documents

2480-B Durham Road
Bristol, PA 19007
215-943-1873

[JAF LAW OFFICES letterhead]

Jeffery A. Fournier ~ Attorney at Law

To: Ally Servicing LLC                                                    Date: 02/21/2020
    Attn: Sergei Bye, Agent
    4000 Lexington Avenue, N., Suite 100
    Shoreview, MN 55126


Re: Robert and Helena Titus / Chapter 13 Bankruptcy No. 19-17728-AMC
    Motion for Cramdown Against Proof of Claim #11 - Ally Financial
    U.S. Bankruptcy Court - Eastern District of PA

Dear Mr. Bye:

Enclosed kindly find a Notice and Motion For Cramdown Against Proof of Claim #11 of Ally Financial filed on behalf of my clients, Robert and Helena Titus, with the U.S. Bankruptcy Court - Eastern District of Pennsylvania. A hearing is scheduled for **March 17, 2020 at 11:00 p.m.** in Courtroom #4, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania.

If you do not want the Court to eliminate or change your claim, you must file a response with the U.S. Bankruptcy Court for the Eastern District of Pennsylvania on or before March 12, 2020.

In addition to the above, kindly find enclosed my clients, Robert and Helena Titus's Request for Production of Documents Addressed to Ally Financial that has been filed with the U.S. Bankruptcy Court on this date. Kindly respond to same in accordance with the Federal Rules of Civil Procedure.

Sincerely,

_____
Jeffery A. Fournier
Attorney-At-Law

Enclosures: Notice /Motion for Cramdown/Request for Production of Documents

2480-B Durham Road
Bristol,   PA   19007

215-943-1873