UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:  Robert J. Titus<br>          Helena M. Titus<br>                              **Debtors** | :  **Chapter: 13**<br>:<br>:  **Bankruptcy No. 19-17728-AMC**<br>:<br>:  **Motion For Cramdown Against**<br>:  **Proof of Claim of Ally Financial**<br>:  **Claim #11 Filed on 02/04/2020** |

## ORDER

AND NOW, this _____ day of _____, 2020, upon considering the Debtors' Motion For Cramdown Against Proof of Claim of Ally Financial and the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the Proof of Claim filed by Ally Financial be amended to reflect the total amount of Secured Claim be $6,894.00 with an annual interest rate of 6.75% for a total Secured Claim of $8,141.87.  Secured Claim shall be $6,894.00 and General Unsecured Claim amount shall be $15,762.63.  Upon final payment of Plan and Discharge Order, Claimant shall satisfy the lien against the 2015 Hyundai Santa Fe.

 

                                                    Hon. Ashely Chan                                   J.
                                                   United States Bankruptcy Judge