United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert J. Titus
Helena M. Titus
    Debtors

Case No. 19-17728-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Mar 19, 2020
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.
db/jdb        Robert J. Titus,   Helena M. Titus,   1920 Geryville Pike,   East Greenville, PA   18041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:
              JEFFERY A. FOURNIER    on behalf of Debtor Robert J. Titus jefffournier@verizon.net
              JEFFERY A. FOURNIER    on behalf of Joint Debtor Helena M. Titus jefffournier@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                  TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: Robert J. Titus | : | Chapter: 13 |
| Helena M. Titus | : | |
| Debtors | : | Bankruptcy No. 19-17728-AMC |
|  | : | |
|  | : | Motion For Cramdown Against |
|  | : | Proof of Claim of Ally Financial |
|  | : | Claim #11 Filed on 02/04/2020 |

### ORDER

AND NOW, this _____ day of _____, 2020, upon considering the Debtors' Motion For Cramdown Against Proof of Claim of Ally Financial and the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the Proof of Claim filed by Ally Financial be amended to reflect the total amount of Secured Claim be $6,894.00 with an annual interest rate of 6.75% for a total Secured Claim of $8,141.87. Secured Claim shall be $6,894.00 and General Unsecured Claim amount shall be $15,762.63. Upon final payment of Plan and Discharge Order, Claimant shall satisfy the lien against the 2015 Hyundai Santa Fe.

**Date: March 18, 2020**

_____
Hon. Ashely Chan          J.
United States Bankruptcy Judge