**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert J. Titus<br>Helena M. Titus<br>   Debtor(s) | CHAPTER 13 |
| U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5<br>   Movant<br> vs. | NO. 19-17728 AMC |
| Robert J. Titus<br>Helena M. Titus<br>   Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>   Trustee | |

## ORDER

AND NOW, this _____ day of _____, 2020 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement effective as of April 1, 2020 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: June 16, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

Robert J. Titus
1920 Geryville Pike
East Greenville, PA 18041

Helena M. Titus
1920 Geryville Pike
East Greenville, PA 18041

Jeffery A. Fournier Esq.
2480-B Durham Road
Bristol, PA 19007

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532