```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-17728-amc
Robert J. Titus                                                 Chapter 13
Helena M. Titus
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Christina            Page 1 of 1            Date Rcvd: Jun 16, 2020
                                Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.
db/jdb         Robert J. Titus,    Helena M. Titus,    1920 Geryville Pike,    East Greenville, PA   18041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2020 04:23:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
              JEFFERY A. FOURNIER    on behalf of Debtor Robert J. Titus jefffournier@verizon.net
              JEFFERY A. FOURNIER    on behalf of Joint Debtor Helena M. Titus jefffournier@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2007-HE5, Asset-Backed Certificates Series 2007-HE5 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert J. Titus<br>Helena M. Titus<br>                 Debtor(s) | CHAPTER 13 |
| U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5<br>                 Movant<br>  vs. | NO. 19-17728 AMC |
| Robert J. Titus<br>Helena M. Titus<br>                 Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>                 Trustee | |

**ORDER**

AND NOW, this          day of                    , 2020 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement effective as of April 1, 2020 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: June 16, 2020**

                                                                                  United States Bankruptcy Judge.

cc: See attached service list

Robert J. Titus
1920 Geryville Pike
East Greenville, PA 18041

Helena M. Titus
1920 Geryville Pike
East Greenville, PA 18041

Jeffery A. Fournier Esq.
2480-B Durham Road
Bristol, PA 19007

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532