UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>    Robert J. Titus <br>    Helena M. Titus <br>                  Debtor | : Chapter 13 <br> : <br> : <br> : Bankruptcy No. 19-17728-AMC <br> : <br> : Application for Compensation <br> : of Attorney Fees for Services <br> : Rendered from 12/05/2019 to 06/17/2020 |

### AFFIDAVIT

We, Robert J. Titus and Helena M. Titus, received and reviewed the Fee Application filed with the Court on June 17, 2020 and after review, I have no objection to the Attorney fees requested by Jeffery A. Fournier, Esquire.

Date: June 23, 2020

_____
ROBERT J. TITUS,    Debtor

Date: June 23, 2020

_____
HELENA M. TITUS,    Debtor