UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re:  Robert & Helena Titus | : | Chapter: 13 |
|                  Debtor, | : | Bankruptcy No. 19-17728-AMC |
|  | : |  |
| Robert & Helena Titus | : |  |
|                  Movant | : |  |
|      -v- | : |  |
|  | : |  |
| U.S. Bank c/o Select Portfolio Servicing, Inc. | : |  |
|                  Respondent | : | Praecipe to Withdraw Objection to Proof of Claim #13 filed on April 2, 2020 |
|  | : | Related document #62 |

**PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM
CLAIM #13, filed on April 2, 2020 ( RELATED DOCUMENT # 62 )**

TO THE CLERK OF THE COURT;

Please withdrawn the Objection to Proof of Claim filed by U.S. Bank c/o Select Portfolio Servicing Inc. , Claim number 13 (related documents #62) filed on April 2, 2020.

Respondent filed an amended proof of claim #13 on July 10, 2020.

Respectfully Submitted,

/S/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor/Respondent