UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br>    Robert J. Titus<br>    Helena M. Titus<br>                  Debtors | : Chapter 13<br>:<br>:<br>:<br>: Bankruptcy No. 19-19-17728-AMC<br>:<br>: Application for Compensation<br>: of Attorney Fees for Services<br>: Rendered from 12/05/2019 to 06/17/2020 |

## CERTIFICATION OF NO RESPONSE
## TO APPLICATION FOR ATTORNEY FEES

1) I, Jeffery A. Fournier, Esquire, hereby certify that I served a copy of the Notice of the Application for Compensation of Attorney Fees by first class mail, postage prepaid and/or electronically on June 17, 2020 to all interested parties.

2) Over twenty (20) days have lapsed and no response was filed to the above referenced Application for Attorney Fees.

3) Applicant respectfully request that the Application for Attorney fees be granted.

                                                                     Respectfully Requested.

                                                                       /S/Jeffery A. Fournier, Esquire, 07/20/2020
                                                                       Jeffery A. Fournier, Esquire
                                                                       2480-B Durham Road
                                                                       Bristol, PA 19007
                                                                       (215) 943-1873