UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Robert J. Titus
    Helena M. Titus
               Debtors

: Chapter 13
:
:
:
: Bankruptcy No. 19-17728-AMC
:
: Application for Compensation
: of Attorney Fees for Services
: Rendered from 12/05/2019 - 06/17/2020

ORDER TO APPROVE COMPENSATION
OF ATTORNEY FEES

    AND NOW, this _____ day of _____, 2020, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $5,663.50 ($6,420.00 reduced by $756.50) and cost of $336.50 are approved and the amount owed of $ 4,500.00 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT: _____

**Date: July 23, 2020**

Hon. Ashely M. Chan    J.
United States Bankruptcy Judge