United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert J. Titus  
Helena M. Titus  
    Debtors

Case No. 19-17728-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Christina      Page 1 of 1      Date Rcvd: Jul 23, 2020  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.  
db/jdb        Robert J. Titus,   Helena M. Titus,   1920 Geryville Pike,   East Greenville, PA   18041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:  
            JEFFERY A. FOURNIER    on behalf of Debtor Robert J. Titus jefffournier@verizon.net  
            JEFFERY A. FOURNIER    on behalf of Joint Debtor Helena M. Titus jefffournier@verizon.net  
            REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 bkgroup@kmllawgroup.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                   TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: | : Chapter 13 |
|    Robert J. Titus | : |
|    Helena M. Titus | : |
|           Debtors | : Bankruptcy No. 19-17728-AMC |
|  | : |
|  | : Application for Compensation |
|  | : of Attorney Fees for Services |
|  | : Rendered from 12/05/2019 - 06/17/2020 |

## ORDER TO APPROVE COMPENSATION
## OF ATTORNEY FEES

AND NOW, this _____ day of _____, 2020, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $5,663.50 ($6,420.00 reduced by $756.50) and cost of $336.50 are approved and the amount owed of $ 4,500.00 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

**Date: July 23, 2020**

Hon. Ashely M. Chan         J.
United States Bankruptcy Judge