# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:  Robert J. Titus<br>Helena M. Titus<br>Debtors, | Chapter: 13<br><br>Bankruptcy No. 19-17728-AMC |
| U.S. Bank N.A.<br>Movant<br>-v-<br>Robert J. Titus<br>Helena M. Titus<br>Respondents | Answer to Motion for Relief |

## CERTIFICATION OF SERVICE

I, Jeffery A. Fournier, Esquire, hereby certify that I served that the above Notice of Objection were served to the interested parties listed below by first class prepaid postage mail and/or electronically on September 22, 2020:

| | |
|---|---|
| William C. Miller, Trustee<br>P.O. Box 40119<br>Philadelphia, PA  19106-0119 | Electronic |
| US Bank N.A. | Electronic |
| Robert and Helena Titus, Debtor | Mail and E-mail |

/S/_Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor/Respondent