**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robert | J. | Titus |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Helena | M. | Titus |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number: 19-17728-AMC
(If known)

☒ Check if this is an amended filing

Amended Schedule "I" and "J" 12/04/20

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Robert J. Titus                        ✗ /s/ Helena M. Titus
Signature of Debtor 1                        Signature of Debtor 2

Date 12/04/2020                              Date 12/04/2020
    MM / DD / YYYY                                MM / DD / YYYY

pdf

Official Form 106Dec                Declaration About an Individual Debtor's Schedules