UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Robert & Helena Titus<br>Debtors | : Chapter 13<br>:<br>: Bankruptcy No. 19-17728-AMC<br>:<br>: Motion to Modify Plan<br>: Post Confirmation |

### ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

AND NOW, this 15 day of December, 2020, upon the Motion to Modify the Confirmed Plan it is hereby ORDERED and DECREED that the Third Amended Chapter 13 Plan Dated and filed on November 23, 2020 (Reference Docket #98) with the United States Bankruptcy Court simultaneously with this Motion will be permitted to supersede and amend all previously Confirmed Plan.

The Plan complies with the provisions of Chapter 13 and all other applicable provision of Title 11 of the United States Code.

The Plan has been proposed in good faith and not by any means forbidden by law.

The Trustee shall make payments in accordance with the Third Amended Chapter 13 Plan.

Date: December 15, 2020

Judge Ashely M. Chan
United States Bankruptcy Judge