UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br>    Robert and Helena Titus<br><br>                        Debtors | : Chapter 13<br>:<br>:<br>:<br>: Bankruptcy No. 19-17728-AMC<br>:<br>: Supplemental Application for Compensation<br>: of Attorney Fees for Services<br>: Rendered from 09/09/20 - 12/16/20 |

### AFFIDAVIT

Debtors, Robert and Helena Titus, received and reviewed the Supplemental Application for Compensation of Attorney Fees filed with the Court on 12/16/2020 for Attorney Fees for services for the period of 09/09/2020-12/16/2020. After review of the Supplemental Fee Application, we have no objection to the attorney fees and costs requested by Jeffery A. Fournier, Esquire.

Date: Dec. 23, 2020

_Robert J. Titus_
Robert J. Titus

Date: 12-23-20

_Helena M. Titus_
Helena M. Titus