## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Robert and Helena Titus  **Debtor** | : Chapter 13 <br> : <br> : Bankruptcy No. 19-17728-AMC |

## CERTIFICATION OF NO RESPONSE
## TO SUPPLEMENTAL APPLICATION FOR ATTORNEY FEES

1) I, Jeffery A. Fournier, Esquire, hereby certify that I served a copy of the Notice of the Supplemental Application for Compensation of Attorney Fees by first class mail, postage prepaid and/or electronically on December 16, 2020 to all interested parties.

2) Over twenty-one (21) days have lapsed and no response was filed to the above referenced Application for Attorney Fees.

3) Applicant respectfully request that the Supplemental Application for Attorney fees be granted.

Respectfully Requested.

/S/Jeffery A. Fournier, Esquire,  01/09/2021
Jeffery A. Fournier, Esquire
2480-B Durham Road
Bristol, PA 19007
(215) 943-1873