UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Robert & Helena Titus<br>　　　　　　　　　Debtors | : Chapter 13<br>:<br>: Bankruptcy No. 19-17728-AMC<br>:<br>:<br>: Supplemental Application for Compensation<br>: and Reimbursement of Expenses Post<br>: Confirmation. |

## ORDER TO APPROVE COMPENSATION
## OF ATTORNEY FEES POST CONFIRMATION

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses Post Confirmation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response, It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $1,800.00 and reimbursement of expenses of $0.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the post confirmation modified chapter 13 plan.

By the Court,

*/s/ Ashely M. Chan*

Date:

**Date: January 11, 2021**

Hon. Ashely M. Chan
United State Bankruptcy Judge