United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-17728-amc
Robert J. Titus  Chapter 13
Helena M. Titus
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Jan 08, 2025    Form ID: 206    Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert J. Titus, Helena M. Titus, 1920 Geryville Pike, East Greenville, PA 18041 |
| 14903191 | | Ally Financial c/o AIS Portfolio Services, LLC., Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618 |
| 14438441 | + | Bensalem Rescue Squad Inc., P. O. Box 911, Bensalem, PA 19020-0911 |
| 14438439 | | Grandview Hospital, P. O. Box 397, Souderton, PA 18964-0397 |
| 14521485 | + | Jeffery A. Fournier, Esquire, 2480-B Durham Rd, Bristol, PA 19007-6902 |
| 14443288 | + | LaSalle Bank National Association, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14438447 | + | Mariner Finance, 358 Upland Square Drive, Pottstown, PA 19464-9436 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 09 2025 00:21:31 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 09 2025 00:21:51 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 09 2025 00:21:51 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14622619 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 09 2025 00:32:06 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14438436 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 09 2025 00:15:00 | Ally Financial, Attn: Bankruptcy Dept., P. O. Box 380901, Bloomington, MN 55438-0901 |
| 14462816 | | Email/Text: ally@ebn.phinsolutions.com | Jan 09 2025 00:15:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14438440 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 09 2025 00:15:00 | Bank of America, Attn: Bankruptcy, P. O. Box 982238, El Paso, TX 79998-2238 |
| 14451520 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 09 2025 00:16:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14438442 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2025 00:21:41 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14443434 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 09 2025 00:32:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14461173 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 09 2025 00:21:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14438443 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jan 08, 2025 | Form ID: 206 | Total Noticed: 33

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 09 2025 00:32:34 | Citibank/Best Buy, P. O. Box 790441, St. Louis, MO 63179-0441 |
| 14438444 | + | Email/Text: mrdiscen@discover.com | Jan 09 2025 00:15:00 | Discover Financial, P. O. Box 3025, New Albany, OH 43054-3025 |
| 14438445 | | Email/Text: EBNBKNOT@ford.com | Jan 09 2025 00:16:00 | Ford Motor Credit, National Bankruptcy Service Center, P. O. Box 62180, Colorado Springs, CO 80962 |
| 14438438 | ^ | MEBN | Jan 09 2025 00:11:12 | KML Law Group PC, BNY Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14442603 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2025 00:21:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14441888 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 09 2025 00:21:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14438446 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 09 2025 00:15:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14438448 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 09 2025 00:21:32 | Merrick Bank / CardWorks, P. O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14464181 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2025 00:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14438450 | | Email/Text: bankruptcies@penncredit.com | Jan 09 2025 00:15:00 | Penn Credit Corporation, P. O. Box 69703, Harrisburg, PA 17106-9703 |
| 14450202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 09 2025 00:21:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14438437 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 09 2025 00:16:00 | Select Portfolio Servicing Inc., Attn: Bankruptcy, P. O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14466789 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 09 2025 00:32:28 | Synchrony Bank by AIS InfoSources LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14438449 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 09 2025 00:21:31 | Synchrony Bank/Sams, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14466030 | ^ | MEBN | Jan 09 2025 00:11:38 | U.S. Bank, N.A., et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14442605 | | U.S. Bank, N.A., successor trustee to LaSalle Bank, C/O KML Law Group, 701 Market |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 08, 2025 | Form ID: 206 | Total Noticed: 33 |
| Date: Jan 10, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:**

**Name**    **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 bkgroup@kmllawgroup.com

JEFFERY A. FOURNIER
on behalf of Debtor Robert J. Titus jefffournier@verizon.net

JEFFERY A. FOURNIER
on behalf of Joint Debtor Helena M. Titus jefffournier@verizon.net

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHELLE L. MCGOWAN
on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 mimcgowan@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Robert J. Titus and Helena M. Titus                    Case No: 19−17728−amc

    Debtor(s)

_____

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file certification of completion of instructional course concerning personal financial management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

For The Court

Dated: 1/8/25

Timothy B. McGrath
Clerk of Court

140
Form 206