Certificate Number: 03621-PAE-DE-039398837

Bankruptcy Case Number: 19-17728



03621-PAE-DE-039398837

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>March 3, 2025</u>, at <u>5:26</u> o'clock <u>PM EST</u>, <u>Robert J Titus</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: March 3, 2025

By: /s/Leylani Rivera

Name: Leylani Rivera

Title: Credit Counselor