Certificate Number: 03621-PAE-DE-039398841

Bankruptcy Case Number: 19-17728



03621-PAE-DE-039398841

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2025, at 5:26 o'clock PM EST, Helena M Titus completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 3, 2025

By:  /s/Leylani Rivera

Name:  Leylani Rivera

Title:  Credit Counselor