# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ROBERT J. TITUS AND HELENA M. TITUS | : | CHAPTER 7 |
| Debtors | : | BANKRUPTCY |
| | : | NO. 19-17728 |

## CERTIFICATE OF SERVICE AND
## CERTIFICATION OF NO RESPONSE

I, Paul H. Young, Esquire, attorney for Debtors, do hereby certify the following:

1.  I served by facsimile and/or first-class mail on March 31, 2025, a true and correct copy of Debtor's Motion to Reopen case for purposes of issuing a Discharge Order as well as the Notice of Motion, Response Deadline and Hearing Date on Kenneth West, Trustee and all creditors on matrix.

2.  I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Reopen this Chapter 13 Case.

<u>/s/ Paul H. Young</u>
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Road, Suite 102
Bensalem, PA    19020
(215) 639-5297
