IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ROBERT J. TITUS | : | Chapter 7 |
| | HELENA M. TITUS | | |
| | Debtors | : | |
| | | : | No 19-17728 amc |

## ORDER

AND NOW, upon consideration of the Motion to Reopen Closed Case for Entry of Discharge, and Debtors having established compliance with the Debtor Education requirements and all other mandates of 11 U.S.C. §727 and F.R.B.P 4004(c)(1) it is hereby ORDERED and DECREED that said Motion is SUSTAINED and Debtor's case shall be closed upon entry of a Discharge of Indebtedness.

Date: April 29, 2025

ASHELY M. CHAN
CHIEF, U.S. BANKRUPTCY JUDGE