United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-17728-amc
Robert J. Titus  Chapter 13
Helena M. Titus
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Apr 30, 2025     Form ID: 138OBJ     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert J. Titus, Helena M. Titus, 1920 Geryville Pike, East Greenville, PA 18041 |
| 14903191 | | Ally Financial c/o AIS Portfolio Services, LLC., Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618 |
| 14438441 | + | Bensalem Rescue Squad Inc., P. O. Box 911, Bensalem, PA 19020-0911 |
| 14438439 | | Grandview Hospital, P. O. Box 397, Souderton, PA 18964-0397 |
| 14521485 | + | Jeffery A. Fournier, Esquire, 2480-B Durham Rd, Bristol, PA 19007-6902 |
| 14443288 | + | LaSalle Bank National Association, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14438447 | + | Mariner Finance, 358 Upland Square Drive, Pottstown, PA 19464-9436 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 01 2025 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2025 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14622619 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2025 01:25:21 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14438436 | + | Email/Text: ally@ebn.phinsolutions.com | May 01 2025 00:28:00 | Ally Financial, Attn: Bankruptcy Dept., P. O. Box 380901, Bloomington, MN 55438-0901 |
| 14462816 | | Email/Text: ally@ebn.phinsolutions.com | May 01 2025 00:28:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14438440 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 01 2025 00:28:00 | Bank of America, Attn: Bankruptcy, P. O. Box 982238, El Paso, TX 79998-2238 |
| 14451520 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 01 2025 00:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14438442 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:34:14 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14443434 | + | Email/PDF: ebn_ais@aisinfo.com | May 01 2025 00:35:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14461173 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2025 00:35:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14438443 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2025 00:35:39 | Citibank/Best Buy, P. O. Box 790441, St. Louis, MO 63179-0441 |
| 14438444 | + | Email/Text: mrdiscen@discover.com | May 01 2025 00:28:00 | Discover Financial, P. O. Box 3025, New Albany, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14438445 | | Email/Text: EBNBKNOT@ford.com | May 01 2025 00:29:00 | Ford Motor Credit, National Bankruptcy Service Center, P. O. Box 62180, Colorado Springs, CO 80962 |
| 14438438 | ^ | MEBN | May 01 2025 00:21:38 | KML Law Group PC, BNY Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14442603 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2025 00:34:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14441888 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 00:34:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14438446 | + | Email/Text: bankruptcy@marinerfinance.com | May 01 2025 00:28:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14438448 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2025 00:36:02 | Merrick Bank / CardWorks, P. O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14464181 | + | Email/Text: bankruptcydpt@mcmcg.com | May 01 2025 00:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14438450 | | Email/Text: bankruptcies@penncredit.com | May 01 2025 00:28:00 | Penn Credit Corporation, P. O. Box 69703, Harrisburg, PA 17106-9703 |
| 14450202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2025 00:53:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14438437 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 01 2025 00:29:00 | Select Portfolio Servicing Inc., Attn: Bankruptcy, P. O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14466789 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2025 01:08:57 | Synchrony Bank by AIS InfoSources LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14438449 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2025 00:35:16 | Synchrony Bank/Sams, P. O. Box 965060, Orlando, FL 32896-5060 |
| 14466030 | ^ | MEBN | May 01 2025 00:21:23 | U.S. Bank, N.A., et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14442605 | | U.S. Bank, N.A., successor trustee to LaSalle Bank, C/O KML Law Group, 701 Market |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2025        Signature:        /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 30, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:**

**Name** **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 bkgroup@kmllawgroup.com

JEFFERY A. FOURNIER
on behalf of Debtor Robert J. Titus jefffournier@verizon.net

JEFFERY A. FOURNIER
on behalf of Joint Debtor Helena M. Titus jefffournier@verizon.net

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHELLE L. MCGOWAN
on behalf of Creditor U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 mimcgowan@raslg.com

PAUL H. YOUNG
on behalf of Joint Debtor Helena M. Titus support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
on behalf of Debtor Robert J. Titus support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

Form 138OBJ (6/24)−doc 150 − 130

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Robert J. Titus ) | Case No. 19−17728−amc |
| ) | |
| ) | |
|    Helena M. Titus ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 30, 2025

For The Court

Timothy B. McGrath
Clerk of Court