UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:  CASE NO.: 19-17728
CHAPTER 13

**Robert J. Titus,**
　Debtor.

**Helena M. Titus,**
　Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

　　　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane &
　　　　　　　　　　　　　　　　　　Partners, PLLC
　　　　　　　　　　　　　　　　　　Attorneys for Secured Creditor
　　　　　　　　　　　　　　　　　　13010 Morris Rd., Suite 450
　　　　　　　　　　　　　　　　　　Alpharetta, GA 30004
　　　　　　　　　　　　　　　　　　Telephone: 470-321-7112
　　　　　　　　　　　　　　　　　　Facsimile: 404-393-1425

　　　　　　　　　　　　　　　　　　By: /s/Sherri Dicks
　　　　　　　　　　　　　　　　　　　　Sherri Dicks
　　　　　　　　　　　　　　　　　　　　Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ROBERT J. TITUS
1920 GERYVILLE PIKE
EAST GREENVILLE, PA 18041

HELENA M. TITUS
1920 GERYVILLE PIKE
EAST GREENVILLE, PA 18041

And via electronic mail to:

FOURNIER LAW OFFICES
2480-B. DURHAM ROAD
BRISTOL, PA 19007

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST, SUITE 701
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Angela Gill