# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert J. Titus<br>Helena M. Titus<br>**Debtor(s)** | BK NO. 19-17728 AMC<br><br>Chapter 13 |
| U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Certificates Series 2007-HE5<br>**Movant**<br>vs. | Related to Claim No. 13-1 |
| Robert J. Titus<br>Helena M. Titus<br>**Debtor(s)** | |
| Kenneth E. West Esq.,<br>**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 23, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Robert J. Titus
1920 Geryville Pike
East Greenville, PA 18041

Helena M. Titus
1920 Geryville Pike
East Greenville, PA 18041

Attorney for Debtor(s)
Jeffery A. Fournier, Esq.
2480-B Durham Road (VIA ECF)
Bristol, PA 19007

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: June 23, 2022

/s/Rebecca A. Solarz Esquire
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com